1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  KAEMPFER CROWELL
   8345 West Sunset Road, Suite 250
3  Las Vegas, Nevada  89113
   Telephone:  (702) 792-7000
4  Fax:            (702) 796-7181
   landerson@kcnvlaw.com
5  **Attorneys for Defendants**
   **Las Vegas Metropolitan Police Department,**
6  **Ismael Madrid, Casey Clarkson,**
   **Detective Jesse Berg and Sergeant Andrew Burnett**
7
                    UNITED STATES DISTRICT COURT
8
                           DISTRICT OF NEVADA
9

|  | |
|---|---|
| TRE HOWARD and DOES I through X, | Case No.: 2:13-cv-01500-RFB-PAL |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada, Ismael Madrid, #8771, Casey Clarkson, Detective Jesse Berg, #7201, Sergeant Andrew Burnett, #4907, DOES I through X; ROE Corporations I through X, inclusive, | |
| Defendants. | |

   Las Vegas Metropolitan Police Department, Ismael Madrid, Casey Clarkson, Detective Jessie Berg and Sergeant Andrew Burnett (collectively, "Defendants"), by and through their counsel, Lyssa Anderson, Esq., of the law firm of Kaempfer Crowell, and Tre Howard ("Plaintiff"), by and through his counsel, Donna Armenta of Nevada Justice Group, hereby

22  / / /

23  / / /

24  / / /

1524799_1.doc  6943.65

Page 1 of 2

1  stipulate and agree that all of Plaintiff's claims against Defendants in this matter are hereby
2  dismissed in their entirety with prejudice, each party to bear their own attorney's fees and costs.
3  DATED this 10th day of October, 2014.

4  KAEMPFER CROWELL

By: _____
LYSSA S. ANDERSON
Nevada Bar No. 5781
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
landerson@kcnvlaw.com
**Attorneys for Defendants**

NEVADA JUSTICE GROUP

By: _____
Donna Armenta, Esq.
Nevada Bar No. 6527
610 S. 10th Street
Las Vegas, NV 89101
donna@nevadajusticegroup.com
**Attorney for Plaintiff**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 16th day of October, 2014.